UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF:         )
                          )
                          )
                          )
JONATHAN DEWITT McKEE     )        4:11  MC 345 CDP
                          )
                          )

## ORDER

This Court has been advised by receipt of a certified copy of the February 16, 2011 order of the Supreme Court of Missouri, entered in **In re: Jonathan Dewitt McKee**, Cause No. 91517, that Jonathan Dewitt McKee has been disbarred from the practice of law by the Supreme Court of Missouri.

Jonathan Dewitt McKee has been admitted to practice before this Court. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated June 15, 2011 directing Jonathan Dewitt McKee to show cause in writing within thirty days after service of that order why the identical discipline prescribed by the Supreme Court of Missouri should not be imposed by this Court. The order was personally served on Respondent by the United States Marshal on December 30, 2011. No response has been filed by Respondent. This Court therefore finds that the identical discipline ordered by the Supreme Court of Missouri should be imposed on Jonathan Dewitt McKee  pursuant to local rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Jonathan Dewitt McKee be disbarred and that his name be stricken from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 8th day of March, 2012.

BY THE COURT:

_____
Chief Judge Catherine D. Perry

_____
Judge Jean C. Hamilton

_____
Judge Carol E. Jackson

_____
Judge Rodney W. Sippel

_____
Judge Henry E. Autrey

_____
Judge Stephen N. Limbaugh, Jr.

_____
Judge Audrey G. Fleissig

_____
Judge John A. Ross

_____
Senior Judge E. Richard Webber

_____
Senior Judge Charles A. Shaw